## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee analyzed the Debtor's interest in a joint venture commonly known as Homage Venture Interest ("JV"); Trustee communicated with the parties regarding the proposed sale of a parcel of commercial real property owned by the JV which was scheduled as of this bankruptcy case; the Trustee reviewed and analyzed the contract for sale of the JV's real property and participated in settlement negotiations related thereto; the Trustee recovered gross proceeds of less than $2,000.00 on account of the Debtor's interest in the JV.

2. The Trustee analyzed the alleged fraudulent transfer of the Debtor's homestead into tenancy by the entireties; the Trustee researched the ability to defeat the transfer of the Debtor's ownership interest; the Trustee determined that the alleged transfer was not recoverable.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. The Trustee determined that outside of the de minimus sale proceeds received from the sale of the parcel of real estate from the JV, there was no other property remaining to be liquidated on behalf of the Estate.

4. The Trustee prepared semi-annual reports to the United States Trustee's Office.

5. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

6. The Trustee analyzed tax issues concerning the estate.

**EXHIBIT A**