**N THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL J. GENARELLA, | ) | CASE NO. 06-02041 BWB (JOLIET) |
| | ) | |
| | ) | JUDGE  BRUCE W. BLACK |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  **U.S. BANKRUPTCY COURT, 219 S DEARBORN ST. CHICAGO, IL. 60604**

    On:  **SEPTEMBER 14, 2007**

    At:  **9:15 A.M.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $           1,278.68[1]

    b. Disbursements                         $                 0.90

    c. Net Cash Available for Distribution   $           1,277.78

---

[1] Debtor owned an interest in an entity that operated as a partnership in which a parcel of commercial real estate was scheduled for sale. Trustee opened the estate in contemplation of the real estate sale, and in an effort to review an alleged transfer of a homestead into tenancy by the entireties ownership.  Sale proceeds to which this estate was entitled from the partnership real estate sale was *de minimus*, and the tenancy by the entireties ownership of the Debtor's home is not defeatable. Accordingly, Trustee is left with an unusually small estate to administer.

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 319.67 | $ 0.00 |
| Law Office of Deborah K. Ebner, Trustee's Attorneys (Trustee Firm) | $ 0.00 | $ 4,940.00 | $ 50.13 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $561,583.99, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7,755.33 | 0.00 |
| 2 | LaSalle Bank, N.A. | 21,053.21 | 0.00 |
| 3 | American Express Bank FSB | 61,485.00 | 0.00 |
| 4 | American Express Centurion Bank | 8,737.02 | 0.00 |
| 5 | First Equity Card | 18,319.84 | 0.00 |
| 6 | Chase Bank USA, N.A. | 4,346.90 | 0.00 |
| 7 | American Express Bank FSB | 4,991.77 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7,128.47 | 0.00 |
| 9 | Chase Bank USA, N.A. | 15,286.02 | 0.00 |
| 10 | Chase Bank USA, N.A. | 14,436.76 | 0.00 |
| 11 | Chase Bank USA, N.A. | 31,339.83 | 0.00 |
| 12 | Chase Bank USA, N.A. | 9,423.63 | 0.00 |
| 13 | Chase Bank USA, N.A. | 33,526.10 | 0.00 |
| 14 | Citibank NA | 7,334.15 | 0.00 |
| 15 | LeMans Corporation/ Parts Unlimited | 9,703.20 | 0.00 |
| 16A | Citizens Bank | 1,280.13 | 0.00 |
| 17 | Federated Financial Corp of America | 32,821.71 | 0.00 |
| 18 | Citibank (South Dakota) NA | 12,303.27 | 0.00 |
| 19 | Citibank (South Dakota) NA | 1,276.09 | 0.00 |
| 20 | Greg Maher | 232,249.51 | 0.00 |
| 21 | MBNA America Bank NA | 21,117.86 | 0.00 |
| 22 | Textron Financial Corporation | 5,668.19 | 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: __AUGUST 13, 2007__    For the Court,

By: __KENNETH S. GARDNER__
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                  Page 1 of 2                   Date Rcvd: Aug 13, 2007
Case: 06-02041                 Form ID: pdf002              Total Served: 60

The following entities were served by first class mail on Aug 15, 2007.
db           +Michael J Genarella,    13202 Ione Street,    Plainfield, IL 60585-2163
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +David Audley,    Chapman and Cutler LLP,    111 W Monroe St,    Chicago, IL 60603-4080
aty          +John J Grieger, Jr,    Johnson & Newby, LLC,    39 South LaSalle Street,    Suite 820,
               Chicago, IL 60603-1616
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Kathryn A Klein,    Riezman Berger PC,    7700 Bonhomme,   7th Floor,    St. Louis, MO 63105-1924
aty          +Sarah L Poeppel,    Sarah L Poeppel,    608 S Washington St Ste 210,    Naperville, IL 60540-6675
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,   Chicago, IL 60603-6324
cr           +DaimlerChrysler Financial Services Americas,,    Riezman Berger P.C.,
               7700 Bonhomme Ave 7th Floor,    St. Louis, MO 63105-1924
cr           +Gregory J. Maher,    1020 Leslie Lane,    Villa Park, IL 60181-3129
cr           +Harris N.A.,   111 W. Monroe St.,    Chicago, IL 60603-4095
cr           +Textron Financial Corporation,    Loss Recovery,    11575 Great Oaks Way,    Suite 210,
               Alpharetta, GA 30022-2426
10624431     +Addlawn Landscaping,    American Credit Systems Inc,    400 West Lake Street Suite 111,
               Roselle, IL 60172-3574
10624432      Advanta Commercial Credit,    Federal Financial Corp of America,    P.O. Box 2034,
               Farmington, MI 48333-2034
10624435      American Express,    NCI,   P.O. Box 740640,    Atlanta, GA 30374-0640
10624433      American Express,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
10624436     +American Express,    Nationwide Credit Inc,    3600 East University Dr Suite B-135,
               Phoenix, AZ 85034-7245
10624434      American Express Bank FSB,    POB 3001,    Malvern, PA 19355-0701
10645898      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10624437     +Bank Calumet,    5231 Hohman Avenue,    Hammond, IN 46320-1741
10624438      Bank of America,    P.O. Box 60073,    City Of Industry, CA 91716-0073
10624439     +Bank of America,    Phillips & Cohen Associates,    258 Chapman Road Suite 205,
               Newark, DE 19702-5446
10624441      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
10624440      Capital One,    P.O. Box 790217,    Saint Louis, MO 63179-0217
10624442     +Capital One,    NCO Financial Systems, Inc,    507 Prudential Road,    Horsham, PA 19044-2368
10624443      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
10758834     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10624445      Chrysler Financial,    P. O. Box 2993,    Milwaukee, WI 53201-2993
10624446     +Citi Advantage,    P.O. Box 6000,    The Lakes, NV 89163-0001
10624447      Citi Business,    P.O. Box 6309,    The Lakes, NV 88901-6309
10859171      Citibank (South Dakota) NA,    c/o Citibank/Choice,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
10786777     +Citibank NA,    c/o Citimortgage/ChKgt,    1000 Technology Dr, MS 504,    St. Charles, MO 63368-2239
10624448     +Citizens Automobile Financial,    RJE 212,    One Citizens Drive,    Riverside, RI 02915-3019
10845718     +Citizens Bank,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    10 South LaSalle Street,    Suite 900,
               Chicago, IL 60603-1016
10639294     +Daimler Chrysler Financial Services Americas LLC,    7700 Bonhomme 7th Floor,
               St Louis, MO 63105-1924
10827643     +David T Audley,    Chapman And Cutler LLP,    111 W Monroe Street,    Chicago, IL 60603-4080
10855379      Federated Financial Corp of America,    PO Box 2034,    Farmington, MI 48333-2034
10624450     +First Equity Card,    P.O. Box 84075,    Columbus, GA 31908-4075
10624451     +GE Commercial Finance,    5595 Trillium Blvd,    Schaumburg, IL 60192-3405
10624452     +George Houdek,    6585 Jermar Lane/ Northwest,    Seabeck, WA 98380-9736
10624453     +Greg Maher,    1020 Leslie Lane,    Villa Park, IL 60181-3129
10624456     +Harris Bank,    P.O. Box 5037,    Rolling Meadows, IL 60008-5037
10624455      Harris Bank,    P.O. Box 2880,    Chicago, IL 60690-2880
10845845     +Harris N.A.,    c/o David T Audley,    Chapman and Cutler,    111 W Monroe Street,
               Chicago, Il 60603-4080
10624458     +J.J.J. Enterprises, Inc,    660 East North Avenue,    Lombard, IL 60148-1363
10624459     +LaSalle Bank N. A.,    Zenoff & Zenoff Chartered,    53 West Jackson Suite 1605,
               Chicago, IL 60604-3762
10624460     +LaSalle Bank National Associataion,    4747 West Irving Park Road,    Chicago, IL 60641-2791
10752049      LaSalle Bank, N.A.,    4741 W. Irving Park Road,    Chicago, IL   60641
10624461     +LeMans Corporation/ Parts Unlimited,    c/o Richard I. Atlas,    950 Milwaukee Avenue #224,
               Glenview, IL 60025-3778
10624462     +Lombard Kawaski,    660 East North Avenue,    Lombard, IL 60148-1363
10624464     +Lyne Woodworth,    Federal Reserve Plaza,    600 Atlantic Avenue,    Boston, MA 02210-2204
10624465     +MBNA America Bank NA,    mailstop DE5-014-02-03,    P.O. Box 15168,    Wilmington, DE 19850-5168
10624466      Suzuki,    3251 East Imperial Highway,    P.O. Box 1100,    Brea, CA 92822-1100
10901831     +Textron Financial Corporation,    Jeff Stirling - Loss Recovery,    11575 Great Oaks Way Ste 210,
               Alpharetta, GA 30022-2426
10624467     +Tucker Rocky,    c/o Teller Levit,    11 East Adams,    Chicago, IL 60603-6301
10624468    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
10624469     +Wells Fargo Bank NA,    Business Direct Collections,    3033 Elder Street 3rd Floor,
               Boise, ID 83705-4708
10624470      Yellow Book USA,    Rauch-Milliken International, Inc,    P.O. Box 8390,    Metairie, LA 70011-8390
The following entities were served by electronic transmission on Aug 14, 2007.
10624449      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2007 02:47:12      Discover,    P.O. Box 3008,
               New Albany, OH 43054-3008
10746254      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2007 02:47:12
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: sward              Page 2 of 2              Date Rcvd: Aug 13, 2007
Case: 06-02041                Form ID: pdf002          Total Served: 60

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Deborah K Ebner
aty           Ebner
aty           Law Office of Deborah K Ebner
acc           Lois West
10624444*     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
10624454*    +Greg Maher,   1020 Leslie Lane,   Villa Park, IL 60181-3129
10624457*    +Harris Bank,   P.O. Box 5037,   Rolling Meadows, IL 60008-5037
10845851*    +Harris N.A.,   c/o David T Audley,   Chapman and Cutler,   111 W Monroe Street,
              Chicago, IL 60603-4080
10624463*    +Lombard Kawaski,   660 East North Avenue,   Lombard, IL 60148-1363
                                                                                  TOTALS: 4, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2007**                    **Signature:**    _Joseph Speetjens_