IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GENARELLA, MICHAEL J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-02041 BB<br><br>HONORABLE BRUCE BLACK |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also therein is a final bank statement reflecting a zero balance.

The Trustee certifies that the estate has been fully administered, requests that she be discharged, and the case closed pursuant to 11 U.S.C. §350.

12/18/07
_____          _____
DATE                 DEBORAH K. EBNER, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL J. GENARELLA, | ) | CASE NO. 06-02041 BWB (JOLIET) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation and expense reimbursement as follows;

1. Compensation    $4,940.00
2. Expenses        $   50.13

   TOTAL           $4,990.13

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _____ day of _____

ENTERED
SEP 1 4 2007
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL J. GENARELLA, | ) | CASE NO. 06-02041 BWB (JOLIET) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation as follows;

1. Compensation        $319.67

   TOTAL        $319.67

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED

SEP 1 4 2007

ENTERED: _____ BRUCE W. BLACK, BANKRUPTCY JUDGE
        UNITED STATES BANKRUPTCY JUDGE   UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL J. GENARELLA, | ) | CASE NO. 06-02041 BWB (JOLIET) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

### DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court, *to the extent such claimants will receive a distribution*, and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,279.42 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 1,279.42 |

EXHIBIT B

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,309.80 | 24.10% |
| **CLAIM NUMBER** **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Compensation* | 319.67 | 77.03 |
| Law Office of Deborah K. Ebner, *Attorney for Trustee Compensation (Trustee Firm)* | 4,940.00 | 1,190.31 |
| Law Office of Deborah K. Ebner, *Attorney for Trustee Expenses (Trustee Firm)* | 50.13 | 12.08 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $534,797.94 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7,755.33 | 0.00 |
| 2 | LaSalle Bank, N.A. | 21,053.21 | 0.00 |
| 3 | American Express Bank FSB | 61,485.00 | 0.00 |
| 4 | American Express Centurion Bank | 8,737.02 | 0.00 |
| 5 | First Equity Card | 18,319.84 | 0.00 |
| 6 | Chase Bank USA, N.A. | 4,346.90 | 0.00 |
| 7 | American Express Bank FSB | 4,991.77 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7,128.47 | 0.00 |
| 9 | Chase Bank USA, N.A. | 15,286.02 | 0.00 |
| 10 | Chase Bank USA, N.A. | 14,436.76 | 0.00 |
| 11 | Chase Bank USA, N.A. | 31,339.83 | 0.00 |
| 12 | Chase Bank USA, N.A. | 9,423.63 | 0.00 |
| 13 | Chase Bank USA, N.A. | 33,526.10 | 0.00 |
| 14 | Citibank NA | 7,334.15 | 0.00 |
| 15 | LeMans Corporation/ Parts Unlimited | 9,703.20 | 0.00 |
| 16A | Citizens Bank | 1,280.13 | 0.00 |
| 17 | Federated Financial Corp of America | 32,821.71 | 0.00 |
| 18 | Citibank (South Dakota) NA | 12,303.27 | 0.00 |
| 19 | Citibank (South Dakota) NA | 1,276.09 | 0.00 |
| 20 | Greg Maher | 232,249.51 | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $26,786.05 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 21 | MBNA America Bank NA | 21,117.86 | 0.00 |
| 22 | Textron Financial Corporation | 5,668.19 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 16B | Citizens Bank c/o Weltman, Weinberg & Reis Co., L.P.A. 10 South LaSalle Street, Suite 900 Chicago, IL 60603 | $13,175.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: September 14, 2007      /s/Deborah K. Ebner, Trustee
                                DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-02041 BB |
| --- | --- |
| Case Name: | GENARELLA, MICHAEL J |
| Taxpayer ID #: | 13-7536290 |
| Period Ending: | 12/06/07 |

| Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****32-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/25/06 | {1} | Yuan Chen International Group | net proceeds from sale of joint venture real estate - 660 North Ave. | 1129-000 | 1,270.16 | | 1,270.16 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.14 | | 1,270.30 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.86 | | 1,271.16 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.80 | | 1,271.96 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.89 | | 1,272.85 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.83 | | 1,273.68 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.80 | | 1,274.48 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.84 | | 1,275.32 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #06-02041 | 2300-000 | | 0.90 | 1,274.42 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.63 | | 1,275.05 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.68 | | 1,275.73 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.70 | | 1,276.43 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.70 | | 1,277.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,277.78 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.72 | | 1,278.50 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.70 | | 1,279.20 |
| 09/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.22 | | 1,279.42 |
| 09/11/07 | | To Account #*********3266 | To close and disburse | 9999-000 | | 1,279.42 | 0.00 |
| | | | | | Subtotals : $1,280.32 | $1,280.32 | |

{} Asset reference(s)

Printed: 12/06/2007 02:01 PM    V.9.55

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02041 BB
**Case Name:** GENARELLA, MICHAEL J
**Taxpayer ID #:** 13-7536290
**Period Ending:** 12/06/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*32-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,280.32 | 1,280.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,279.42 | |
| | | | **Subtotal** | | 1,280.32 | 0.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,280.32** | **$0.90** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02041 BB
**Case Name:** GENARELLA, MICHAEL J

**Taxpayer ID #:** 13-7536290
**Period Ending:** 12/06/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*_\*\*\*\*\*32-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/07 | | From Account #\*\*\*\*\*\*\*3265 | To close and disburse | 9999-000 | 1,279.42 | | 1,279.42 |
| 09/14/07 | 101 | Law Office of Deborah K. Ebner | | 3120-000 | | 12.08 | 1,267.34 |
| 09/14/07 | 102 | Law Office of Deborah K. Ebner | | 3110-000 | | 1,190.31 | 77.03 |
| 09/14/07 | 103 | Deborah K. Ebner, Trustee | | 2100-000 | | 77.03 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 1,279.42 | 1,279.42 | $0.00 |
| Less: Bank Transfers | | 1,279.42 | 0.00 | |
| Subtotal | | 0.00 | 1,279.42 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $1,279.42 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*32-65 | 1,280.32 | 0.90 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*32-66 | 0.00 | 1,279.42 | 0.00 |
| | $1,280.32 | $1,280.32 | $0.00 |

{} Asset reference(s)