UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL J. GENARELLA, | ) | CASE NO. 06 B 02041 |
| | ) | |
| DEBTOR(S). | ) | HON. BRUCE BLACK |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:    Deborah K. Ebner, Trustee
11 E Adams St Ste 800
Chicago, IL 60603
Registrant's  e-mail: dkebner@deborahebnerlaw.com**

**Please Take Notice** that on **December 20, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: December 20, 2007         BY: /s/ M. Gretchen Silver
                                 M. Gretchen Silver, Attorney
                                 OFFICE OF THE U.S. TRUSTEE
                                 227 West Monroe Street, Suite 3350
                                 Chicago, IL 60606
                                 (312) 353-5054

**CERTIFICATE OF SERVICE**

I, M. Gretchen Silver, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on December 20, 2007.

/s/ M. Gretchen Silver